# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JUAN RAMIREZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>COUNTRY MUTUAL INSURANCE COMPANY, an Illinois company,<br><br>　　　　　Defendant. | NO: 2:16-CV-0281-TOR<br><br>ORDER GRANTING STIPULATED MOTION FOR PROTECTIVE ORDER |

BEFORE THE COURT are the parties' Stipulated Motion for Protective Order (ECF No. 31) and corresponding Motion to Expedite (ECF No. 32). The motions were submitted for consideration without oral argument. The Court has reviewed the file and the records therein, and is fully informed. Pursuant to the parties' stipulation and for good cause shown, the motions are **GRANTED**.

//

//

//

ORDER GRANTING STIPULATED MOTION FOR PROTECTIVE ORDER ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion for Protective Order (ECF No. 31) is **GRANTED**. The terms of the Protective Order at ECF No. 31 are incorporated herein.

2. Defendant's Unopposed Motion to Expedite Hearing on Stipulated Motion for Protective Order (ECF No. 32) is **GRANTED**.

The District Court Executive is directed to enter this Order and furnish copies to the parties.

**DATED** November 21, 2017.



THOMAS O. RICE
Chief United States District Judge

ORDER GRANTING STIPULATED MOTION FOR PROTECTIVE ORDER ~ 2