UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JUAN RAMIREZ,<br><br>                Plaintiff,<br><br>   v.<br><br>COUNTRY MUTUAL INSURANCE COMPANY, a foreign corporation,<br><br>                Defendant. | NO: 2:16-CV-0281-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulation for Dismissal (ECF No. 79). The stipulation was submitted for consideration without oral argument. The Court has reviewed the file and the records therein, and is fully informed.

The parties have stipulated to the dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and without an award of costs or attorney's fees or disbursements to any party.

//

//

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' stipulation, all claims and causes of action in this matter are **DISMISSED** with prejudice and without costs or fees or disbursements to any party.

2. All pending motions are DENIED as moot and any pending hearing or trial dates are stricken from the Court's calendar.

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **CLOSE** the file.

**DATED** August 22, 2018.



THOMAS O. RICE
Chief United States District Judge